✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### District of Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Richard Mack | ) Case No: __3:02CR250(AWT)__ |
| | ) USM No: __14823-014__ |
| Date of Previous Judgment: __January 30, 2004__ | ) __David J. Wenc, Esq.__ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ❏ the defendant ❏ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

❏ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __123__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | __39__ | Amended Offense Level: | __37__ |
| Criminal History Category: | __IV__ | Criminal History Category: | __IV__ |
| Previous Guideline Range: | __360__ to __Life__ months | Amended Guideline Range: | __292__ to __365__ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __1/30/04__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __May 1, 2008__                    __/s/AWT__
                                                              Judge's signature

Effective Date: __May 31, 2008__               __Alvin W. Thompson, United States District Judge__
          (if different from order date)                    Printed name and title