UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,   Docket #: 3:02CR250 (AWT)

    Plaintiff,

v.

RICHARD E. MACK,

    Defendant.   May 19, 2008

## EX PARTE MOTION FOR RE-APPOINTMENT OF COUNSEL, NUNC PRO TUNC

NOW comes DAVID J. WENC, CJA trial counsel for the defendant, RICHARD E. MACK, and moves this Honorable Court to reappoint him counsel for the defendant, nunc pro tunc, from April 15, 2008 through May 5, 2008, for the following reason(s):

    1. Richard Mack wrote defense counsel, requesting that counsel represent him concerning the amendment to the Sentencing Guidelines for crack cocaine offenses.

    2. Mr. Mack is incarcerated and is indigent.

    3. Defense counsel did spend time and some expense on Mr. Mack's case in April and May, 2008 reviewing documents and corresponding with Mr. Mack.

    4. At the time I provided legal services to Mr. Mack, I did not realize that I had to seek reappointment. I considered my services to be supplemental and that at the very least I would be compensated for my time and advice through the submission of a supplemental invoice.

5. Counsel is a sole practitioner and the denial of reappointment as counsel in effect denies him compensation for the legal services provided to Richard Mack. This denial creates a financial hardship for defense counsel.

WHEREFORE, the undersigned prays that this Motion be granted and that David J. Wenc be reappointed CJA counsel, nunc pro tunc, for the time period April 15, 2008 through May 5, 2008.

RESPECTFULLY SUBMITTED,

By: _____
David J. Wenc, Esq.
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089
david.wenclaw@sbcglobal.net

### CERTIFICATION

I hereby certify that on May 19, 2008 I served a copy of the foregoing Motion by mailing same first-class, postage prepaid, to:

Chambers of the Honorable Alvin W. Thompson, U.S.D.J.
U.S. District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

_____
David J. Wenc, Esquire